UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KASSIDY WOODS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NICHOLAS ROLOVICH, in his individual capacity, and WASHINGTON STATE UNIVERSITY,<br><br>　　　　　Defendants. | NO: 2:22-CV-0160-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal. ECF No. 50. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that all of Plaintiff's claims against all Defendants may be dismissed without prejudice and without assessment by the Court of costs or attorneys' fees to any party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** without prejudice and without assessment by the Court of costs or attorneys' fees to any party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED January 4, 2023.



THOMAS O. RICE
United States District Judge